UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:
**Aaron Grable**

CASE NO: 23-46615
CHAPTER: 13
JUDGE: Mark A. Randon

DEBTOR.
_____/

## MOTION TO ALLOW DEBTOR TO SELL REAL PROPERTY

NOW COMES, **Aaron Grable**, filing a Motion To Sell, In support of this Motion, Debtor respectfully states as follows:

1. The Debtor filed for Chapter 13 relief on July 28th, 2023.

2. The Debtor is the owner of real property located at 26817 7 Mile Rd. Redford, MI 48239.

3. Prior to filing the Debtor received an offer to purchase this property for $135,000.00. A copy of the Commercial Purchase Agreement is attached as Exhibit 6.

4. There was and is an issue regarding the closing of this property, specifically an issue regarding whether the Julia Herrmann Trust is the or "an" owner.

5. These issues caused debtor to lose offers and accepting a reduced offer was in his best interest to sell the property timely.

6. Counsel reviewed the Register of Deeds and found evidence that the Julia Herrmann Trust lost this property in a Sheriff's Sale. The property was later sold to the Debtor by the County. Counsel for the Debtor has forwarded this information to the Title company and anticipates this issue will be resolved.

7. The Debtor wishes to use the proceeds from this sale, the proceeds remaining after closing costs, realtor fees, and treatment of existing liens, to fund his Chapter 13 plan by way of making a lump sum payment into his Plan of an estimated $90,000.00.

8. The outstanding property taxes associated with the property will be paid off at closing.

9. The Debtor wishes for the remaining proceeds to be sent directly to the Chapter 13 Trustee.

10. Debtor shall submit to the Trustee an executed settlement/HUD statement within 14 days from the date of the closing.

11. A proposed Order to Sell Real Property is attached hereto as Exhibit 1 and incorporated by reference herein.

**WHEREFORE,** Debtor prays this Honorable Court will enter an Order Allowing Debtor to Sell Real Property.

| | |
|---|---|
| Dated: March 5, 2024 | /s/ Mandi L. Sokana<br>Mandi L. Sokana P69775<br>Frego & Associates-The Bankruptcy Law Office, PLC.<br>23843 Joy Road<br>Dearborn Heights, MI 48127<br> (313)724-5088<br>fregolaw@aol.com |

IN THE MATTER OF:
**Aaron Grable**

CASE NO: 23-46615
CHAPTER: 13
JUDGE: Mark A. Randon

DEBTOR.
_____/

## ORDER ALLOWING DEBTOR TO SELL REAL PROPERTY

Debtor having filed a Motion to Allow Debtor to Sell Real Property, all interested parties having received Notice, a Certificate of No Response having been filed or a hearing having been held, and the Court being more fully advised;

**IT IS HEREBY ORDERED:**

1. Debtor shall be allowed to sell real property located at: 26817 7 Mile Rd. Redford, MI 48239 for a purchase price of no less than $135,000.00

2. Entering into this arrangement shall not have any adverse effect upon the terms of the Plan

3. Debtor shall submit to the Trustee an executed settlement/HUD statement within 14 days from the date of the closing.

4. The closing agent and/or title company shall remit all net proceeds, after the payment of any valid liens and mortgages on this property, via check, made payable to the Chapter 13 Trustee – Krispen S. Carroll. This check shall contain the debtor's name and case number. The proceeds shall be sent to: **Chapter 13 Trustee- Krispen S. Carroll,** P.O. Box 2018, Memphis, TN 38101-2018.

5. This order shall remain in effect for 120 days.

EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:
**Aaron Grable**                                    CASE NO:   23-46615
                                                                 CHAPTER:   13
                                                                 JUDGE:   Mark A. Randon

        DEBTOR.
_____/

## NOTICE OF MOTION TO ALLOW DEBTOR TO SELL REAL PROPERTY

Debtor has filed papers with the court to sell real property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your view on the motion, **within 15 days**, you or your attorney must:

1. File with the court a written response or an answer, that complies with F.R. Civ. P. 8(b),(c) and (e), explaining your position at:

    United States Bankruptcy Court
    211 W Fort St STE 2100
    Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

    You must also mail a copy to:

Frego & Associates Attorney for Debtor(s)   23843 Joy Road   Dearborn Heights, MI 48127
Chapter 13 Trustee, Krispen S. Carroll, 719 Griswold, Suite 1100, Detroit, MI 48226
Aaron Grable, 7652 Pioneer, Ypsilanti, MI 48197

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Dated:  March 5, 2024
                                                                          /s/ Mandi L. Sokana
                                                                          Mandi L. Sokana P69775
                                                                          Frego & Associates-The Bankruptcy
                                                                          Law Office, PLC.
                                                                          23843 Joy Road
                                                                          Dearborn Heights, MI 48127
                                                                          (313)724-5088
                                                                          fregolaw@aol.com

                                      EXHIBIT 2

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:
**Aaron Grable**

CASE NO: 23-46615
CHAPTER: 13
JUDGE: Mark A. Randon

DEBTOR.
_____/

## CERTIFICATE OF SERVICE

I, Mandi L. Sokana, hereby certify that on 3/5/2024, I electronically filed **Motion to Allow Debtor to Sell Real Property, Exhibits 1 and 2** by using the E.C.F. system which will provide electronic notification to the following party**:**

    Trustee:    KRISPEN CARROLL:    notice@det13ksc.com

/s/ Mandi L. Sokana
Frego & Associates-The Bankruptcy Law Office, PLC
Attorney(s) for the Debtor
23843 Joy Rd.
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com
Mandi L. Sokana P69775

and I, Peter J. Ramik, Jr., hereby certify that I have mailed the above-referenced documents and Certificate of Service of same, by depositing said copies in the U.S. mail, postage prepaid, and properly addressed to the following Non-E.C.F. participants:

    CREDITORS:  ALL NON-ECF CREDITORS ON ATTACHED P.A.C.E.R. MATRIX.

/s/ Peter J. Ramik, Jr.
An employee of:
Frego & Associates - The
Bankruptcy Law Office,PLC
Attorneys for Debtors
23843 Joy Rd.
Dearborn Heights, MI 48127
313-724-5088
fregolaw@aol.com
Peter J. Ramik, Jr.

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:
**Aaron Grable**

CASE NO: 23-46615
CHAPTER: 13
JUDGE: Mark A. Randon

DEBTOR.
_____/

## CERTIFICATE OF NO RESPONSE
## TO DEBTOR'S MOTION TO SELL REAL PROPERTY

**Mandi L. Sokana** hereby certifies that I am the attorney for the above-named Debtor; notices were mailed out to the Creditors, Debtor and Chapter 13 Trustee on _____, regarding the **Motion to Allow Debtor to Sell Real Property**, and no objections have been properly filed with the Court.

Under penalty of contempt of court, I declare that the statements above are true to the best of my information, knowledge and belief.

Dated:_____

/s/ Mandi L. Sokana
Frego & Associates-The Bankruptcy Law Office, PLC
Attorney(s) for the Debtor
23843 Joy Rd.
Dearborn Heights, MI 48127
(313) 724-5088
fregolaw@aol.com
Mandi L. Sokana P69775

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:
**Aaron Grable**

CASE NO: 23-46615
CHAPTER: 13
JUDGE: Mark A. Randon

DEBTOR.
_____/

## CERTIFICATE OF SERVICE

I, Mandi L. Sokana, hereby certify that on _____, I electronically filed MOTION TO SELL REAL PROPERTY**,** EXHIBIT 1 AND 2, and that on _____ I served CERTIFICATE OF NO RESPONSE TO DEBTOR'S MOTION TO SELL REAL PROPERTY and this CERTIFICATE OF SERVICE, in said case by using the E.C.F. system which will provide electronic notification to the following party:

Trustee: KRISPEN CARROLL: notice@det13ksc.com

/s/ Peter J. Ramik, Jr.
An employee of:
Frego & Associates - The Bankruptcy Law Office,PLC
Attorneys for Debtors
23843 Joy Rd.
Dearborn Heights, MI 48127
313-724-5088
fregolaw@aol.com
Peter J. Ramik, Jr.