```
Label Matrix for local noticing          Afni                                    Krispen S. Carroll
0645-2                                   1310 Martin Luther King Dr.             719 Griswold
Case 23-46615-mar                        PO Box 3427                             Suite 1100
Eastern District of Michigan             Bloomington, IL 61702-3427              Detroit, MI 48226-3314
Detroit
Tue Mar  5 11:59:03 EST 2024

DTE Energy                               Detroit Water and Sewer Dept.           (p)FBCS INC BKNOTICES
One Energy Plaza, 688 WCB                735 Randolph Ave.                       ATTN COMPLIANCE DEPT
Attn:  Legal Dept                        Detroit, MI 48226-2830                  330 S WARMINSTER RD
Detroit, MI 48226-1221                                                           SUITE 353
                                                                                 HATBORO PA 19040-3433

Ford Lake Self Storage LLC               James P. Frego II                       Aaron Grable
6300 Bunton Rd.                          Frego & Assc.-The Bankruptcy Law Office 7652 Pioneer Dr.
Ypsilanti, MI 48197-9737                 23843 Joy Road                          Ypsilanti, MI 48197-9462
                                         Dearborn Heights, MI 48127-1480


Greene Farms Subdivision HOA             John Miller                             Marc P. Johnson
PO Box 973341                            c/o 10820 Whittier Street               Johnson Realty Group
Ypsilanti, MI 48197-0384                 Detroit, MI 48224-1616                  19419 James Couzens Highway
                                                                                 Detroit, MI 48235-1935


Richardo I. Kilpatrick                   Kilpatrick & Associates, PC             Michigan Department of Treasury
903 N. Opdyke Rd.                        903 N Opdyke Rd.,  #C                   Bankruptcy Unit, P.O. Box 30168
Suite C                                  Auburn Hills, MI 48326-2693             Lansing, MI 48909
Auburn Hills, MI 48326-2693                                                      5 48909-7668


Michigan Unemployment Insurance Agy      Road Runner Auto Sales, Inc.            S & F Real Property
Attorney General                         31731 Michigan ave.                     18175 Maryland
3030 W. Grand Blvd.                      Wayne, MI 48184-1416                    Southfield, MI 48075-2801
Ste. 9-600
Detroit, MI 48202-6030


Mandi L. Sokana                          State of Michigan                       U.S. Trustee
23843 Joy Road                           Dept. of Treasury/Bankruptcy Unit       211 W. Fort Street
Dearborn Heights, MI 48127-1480          P.O. Box 30168                          Suite 700
                                         Lansing, MI 48909-7668                  Detroit, MI 48226-3263


(p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE    Wayne County Treasurer            David Samuel Wilkinson
ATTN BANKRUPTCY UNIT                     400 Monroe - 5th floor                  Frego & Associates, P.L.C.
3024 W GRAND BLVD                        Detroit, MI 48226-2964                  23843 Joy Road
SUITE 12-100                                                                     Dearborn Heights, MI 48127-1480
DETROIT MI 48202-6024
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FBCS                                     UIA                                     (d)Unemployment Insurance Agency
330 S. Warminster Rd. #353               Cadillac Place                          PO Box 77000
Hatboro, PA 19040                        3024 W. Grand Blvd.                     Dept. 771760
                                         #12-300                                 Detroit, MI 48277-1760
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wayne County Treasurer | End of Label Matrix |
| | Mailable recipients    23 |
| | Bypassed recipients     1 |
| | Total                  24 |